FILED
2019 Nov-05 AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **KENJI ANTWONE HILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action Number |
| ) | **6:19-cv-01260-AKK-SGC** |
| **SGT. TUCKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 9, 2019, recommending this action be dismissed without prejudice for failure to prosecute. Doc. 6. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

**DONE** the 5th day of November, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE